STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

THOMAS EDGARD CARRASQUILLO RAM    Case No. 11-00309-ESL

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _Michelle Vega, Esq_

Date: February 25, 2011
Time: 9:52 AM   Track: N/R
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _TBD_
Creditors: _Lcda. Figueroa - CRIM_

## II. Oath Administered
[ ] Yes   [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _07-09_ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued _April 7, 2011_ at _10:00 AM_

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
    [✓] State - years _2010 (Treasury plus)_
    [✓] Federal - years _1040-PR (2007-2010) (per pnp)_

[✓] No DSO certificate (Post-petition) → for all 4 DSO accts (3 asume, 1 direct)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[✓] Other: → CRIM → yrs 07-10

DSO info: Moraima Medina Cruz (inc court order $50 weekly)

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

THOMAS EDGARD CARRASQUILLO RAM  Case No. 11-00309-ESL

Chapter 13    Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

**VI. Plan** (Cont.)
Date: January, 20, 2011   Base $ 18,600.00   [X] Filed   Evidence of Pmt shown:
Payments _0_ made out of _1_ due.   [ ] Not Filed   R+G Premier per check 191 $150

**VII. Confirmation Hearing Date:** March, 30, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 246.00 = $ 2,754.00

**IX. Documents to be provided w/in ___ days**

[✓] Amended schedules _→ review $100 tax exp_   [ ] Amended S.O.F.A.
[ ] Insurance estimate _since it involves_   [ ] Amended plan
_Treasury, CRIM + IRS_   [ ] Business Documents
[ ] Assumption/Rejection executory contract   [ ] Monthly reports for the months
[ ] Appraisal _____
[ ] State tax returns years _____   [ ] Public Liability Insurance
[ ] Federal tax returns years _____   [ ] Premises _____
[ ] Correct SS # (Form B21)   [ ] Vehicle(s) _____
   [ ] Debtor  [ ] Joint debtor
[✓] Other: _Debtor to confirm that all DSO creditors (3 of the 4 DSO's) he is current with Mrs. Medina Cruz_   [ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**
① CRIM is hereby requesting per. property tax return for years 2005-2010
② Debtor to confirm
③ Amend plan to provide lump sums from yearly income tax returns. Tax refund history: 2009: $16,854; 2008: → $19,408; 2007: $24,931

Trustee/Presiding Officer

This meeting of creditors is being continued due to non filing of IRS tax returns and trustee is concerned of feasibility + disp inc in this case

Date: February 25, 2011
(Rev.