# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

THOMAS EDGARD CARRASQUILLO RAM   Case No. 11-00309-ESL

Chapter 13   Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

### I. Appearances
- Debtor [✓] Present [ ] Absent
- Joint Debtor [ ] Present [ ] Absent
- Attorney for Debtor [✓] Present [ ] Absent
- [ ] Pro-se
- [✓] Substitute __M. Vega__

Date: April 07, 2011
Time: 11:19 AM   Track: n/a
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
T. Laporte - CRIM

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided
- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
  - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate
- [ ] DSO Recipient's information
- [ ] State Tax Returns _____ [ ] Returned
- [ ] Federal Tax Returns _____ [ ] Returned
- [ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed   [ ] Not Held   [✓] Continued __05-19-11__ at __2:30 PM__

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

- [ ] Feasibility
- [ ] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)
- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
  - [ ] State - years _____
  - [ ] Federal - years _____

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
  - [ ] Missing   [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
  - [ ] Incomplete   [ ] Missing
  - [ ] Fails commitment period   [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
  - [ ] Missing   [ ] More than 180 days
  - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

THOMAS EDGARD CARRASQUILLO RAM  Case No. 11-00309-ESL

Chapter 13  Attorney Name: R FIGUEROA CARRASQUILLO LAW OF

VI. Plan (Cont.)
Date: January, 20, 2011   Base $ 18,600.00   [X] Filed   Evidence of Pmt shown: _____
Payments _2_ made out of _2_ due.   [ ] Not Filed

VII. Confirmation Hearing Date: March, 30, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 246.00 = $ 2,754.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months

[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS
Debtor has yet to deal with some of the issues from the prior meeting.

_____
Trustee/Presiding Officer

Date: April 07, 2011
(Rev.)