STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**THOMAS EDGARD CARRASQUILLO RAMIREZ**  Case No. 11-00309-ESL

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute   M. Vega

Date & Time:   5/19/2011   4:03:00PM

[ ] R   [X] NR   LV:

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

None

## II. Oath Administered

[ ] Yes   [X] No

## III. Plan

Date:   01/20/2011   Base:   $18,600.00   Payments 3 made out of 4 due.

Confirmation Hearing Date:   6/8/2011   9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $246.00  =  $2,754.00

## IV. Status of Meeting

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**THOMAS EDGARD CARRASQUILLO RAMIREZ**   Case No.   11-00309-ESL

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test | [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| | [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information | [ ] Premises |
| | [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Debtor has to amend plan to include tax refunds as part of its funding.  2. Show evidence of being current with the 4 DSO cliamants up to the date of confirmation.

s/Alejandro Oliveras   Date:   05/19/2011

**Trustee/Presiding Officer**   (Rev. 02/11)