# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: THOMAS EDGARD CARRASQUILLO RAMIREZ
Case Number: 11-00309-ESL13
Date / Time / Room: 9/7/2011 9:00 AM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: ADA LOPEZ

Chapter: 13

### Matter:

CONFIRMATION HEARING OF AMENDED PLAN DATED 06/13/2011 (#16)
MOTION IN COMPLIANCE WITH LOCAL RULE 3015 FILED BY DEBTOR (#17)

*Attorney lost contact with debtor.*

### Appearances:

ALEJANDRO OLIVERAS RIVERA
ROBERTO FIGUEROA CARRASQUILLO

*M. Salmen*
*M. Vega*
*I. Tiro, ASUME*

### Proceedings:

ORDER:

__X__ (Amended) dated __6.13.11__ [Docket no. __16__ ] ___CONFIRMED __X__ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ___

__X__ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, __X__ make current payments to the Chapter 13 trustee, __X__ appear at the hearing on confirmation, it is now ordered that the instant petition be and it's hereby dismissed. *ask for the reasons in motions to dismiss by ASUME (#23) and trustee (#25)*
The trustee is awarded $100.00 costs, ~~$25 balance up to balance of~~ fee to debtor[s]' attorney., *and $250.00 to ASUME,*

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: ___

___ Attorney's Fees: $3,000.00; Other: __X__

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge